**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-50444 |
| Plaintiff - Appellee, | D.C. No. 2:09-cr-00939-GW-51 |
| v. | |
| DAVID SHUMILO, a.k.a. Russian Boy, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
George H. Wu, District Judge, Presiding

Submitted September 30, 2014[**]

Before:     HUG, FARRIS, and CANBY, Circuit Judges.

David Shumilo appeals from the district court's judgment and challenges his

guilty-plea conviction and 131-month sentence for a racketeer influenced and

corrupt organizations conspiracy, in violation of 18 U.S.C. § 1962(d), and

possession of a firearm in furtherance of a crime of violence or drug trafficking

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

crime, in violation of 18 U.S.C. § 924(c).  Pursuant to *Anders v. California*, 386

U.S. 738 (1967), Shumilo's counsel has filed a brief stating that there are no

grounds for relief, along with a motion to withdraw as counsel of record.  We have

provided Shumilo the opportunity to file a pro se supplemental brief.  No pro se

supplemental brief or answering brief has been filed.

Shumilo has waived his right to appeal his conviction and 131-month

sentence.  Because the record discloses no arguable issue as to the validity of the

appeal waiver, we dismiss the appeal.  *See United States v. Watson*, 582 F.3d 974,

986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**